### LIBEL JN^O CHADWICK VS. CHRIS^R CLARK

The Case was continued untill Wednesday the Twenty first Ins^t at Ten o Clock A. M. by consent of the parties.

and continued untill Thursday the Twenty Ninth Instant at Ten o Clock A. M.

and opened accordingly, and the Libel was read. The Respondent pray's for a continuance Accordingly the Court was Adjourned untill Thursday the Twelfth of September next at Ten o Clock A. M.

on Thursday the 12th of Sept^n 1751 The Court was opened and the Libel was read. The Respondent made a Plea. Viz^t

and the Court was adjourned untill further Notice.

Having fully Consider'd the Libel of John Chadwick against Christopher Clarke, it Appears to me that the Appellants Demand is more than the Customary price for Piloting Such a Vessell and at Such a Season of the Year. I therefore Decree that he the s^d John Chadwick have and Recover of the s^d Christopher Clark for the s^d Pilotage the Sum of Thirty Five Pounds in Bills of Publick Credit of this Colony of the Old Tenor, and that he the Respondent also pay the Cost of this Court

S Wickham D: Judge

Cost on Libel Chadwick vs Ch^r Clarke — Viz^t

| | |
|---|---:|
| Filing and allow^s Libel | £2.10 |
| Citation and Service | 1.16 |
| Enactment and Bale Bond | .16 |
| Libel and Adv^o Fees | 3.10 |
| Summons and Summoning Evidences | 4. 8 |
| 4 Adjournments | 12.16 |
| Decree etc | 6. |
| Filing papers etc | .16 |
| | £32.12 |

| | |
|---|---:|
| Judge | £15.10 |
| Reg^r | 9. 4 |
| Mars^l | 4. 8 |
| Advo | 3.10 |
| | £32.12 |